# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| JANET ELLISON, | : | Case No. 3:17-cv-00107 |
| --- | --- | --- |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
|  | : | (by full consent of the parties) |
| vs. | : |  |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |  |
| Defendant. | : |  |

## DECISION AND ENTRY

This case is before the Court on the parties' Joint Stipulation For The Award Of Attorney Fees Under The Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. #14). Specifically, the parties stipulate to an award to Plaintiff of $3,000.00 in attorney fees, costs, and expenses. The award of attorney fees will fully satisfy any and all Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 that may be payable in this case.

Any fees paid belong to Plaintiff and not her attorney, and said fees can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this EAJA award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff and her counsel.

## IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation For The Award Of Attorney Fees Under The EAJA (Doc. #14) is accepted, and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $3,000.00;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

November 29, 2018         *s/Sharon L. Ovington*
                          Sharon L. Ovington
                          United States Magistrate Judge